Rupa G. Singh (SBN 214542)
**NIDDRIE | ADDAMS | FULLER | SINGH LLP**
600 West Broadway, Suite 1200
San Diego, CA  92101
Phone: 858.699.7278
Email: rsingh@appealfirm.com

Patrick J. Stark (SBN 149352)
**STARK & D'AMBROSIO, LLP**
501 West Broadway, Suite 960
San Diego, CA  92101
Phone: 619.338.9500
Email: patrick@starkllp.com

Attorneys for Respondents ANDREA HUNSINGER AND ANDREA HUNSINGER JOLLY, AN INSURANCE SERVICES CORP., DBA ADVANCED WEALTH PLAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GELLMAN, and PALMERSTON GROUP INDEMNITY SOLUTIONS, LLC,<br><br>Claimants,<br><br>v.<br><br>ANDREA HUNSINGER AND ANDREA HUNSINGER JOLLY, AN INSURANCE SERVICES CORP., DBA ADVANCED WEALTH PLAN<br><br>Respondents. | Case No. 18-cv-2641 BAS (AGS)<br><br>**RESONDENTS' NOTICE OF MOTION AND MOTION TO VACATE FINAL ARBITRATION AWARD**<br><br>Judge:      Hon. Cynthia Bashant<br>Courtroom: 4B<br>Date:        June 28, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT**, on June 28, 2021, or as soon after as this matter can be heard in Courtroom 4B of this Court, located at 333 West Broadway, Suite 420, San Diego, CA 92101, Respondents ANDREA HUNSINGER AND ANDREA HUNSINGER JOLLY, AN INSURANCE SERVICES CORP., DBA ADVANCED WEALTH PLAN (Respondents) will and do now move to vacate the "Final Award with Modifications & Clarifications" dated February 8, 2021 by the Honorable Victor Bianchini (Ret.) of the American Arbitration Association (the Final Award).

This motion is made on the grounds that the Arbitrator exceeded his powers under the Federal Arbitration Act, 9 U.S.C. §10(a)(4) by manifestly disregarding the prohibition under California law from enforcing an illegal contract that allowed Claimant to solicit insurance contracts in California with a license in violation of Section 1633 of the California Insurance Code. Therefore, the entire Final Award should be vacated.

This motion is made on the further ground that the Arbitrator also exceeded his powers within the meaning of Section 10(a)(4) of the FAA by manifestly disregarding established California law prohibiting the award of (1) $8,400 in attorneys' fees and costs absent an enforceable contractual fee clause or statutory authorization to award fees; (2) $100,000 in emotional distress damages for conduct constituting breach of contract and absent physical harm or the specialized circumstances giving rise to an independent duty to avoid foreseeable mental distress; and (3) $275,000 punitive damages for alleged litigation conduct, for breach of contract without independently tortious conduct, and without evidence any of a defendant's ability to pay. Thus, at the very least, the award of attorneys' fees and costs related to proceedings on the motion to compel arbitration; of

1  emotional distress damages; and of punitive damages should be vacated.

2       The motion will be based on this Notice, the attached Memorandum of
3  Points and Authorities, the Index of Exhibits (Volume 1, pages 1 to 2344), the
4  Lodgment of Transcripts (Volume 1, pages 1 to 1003), the Declaration of Andrea
5  Hunsinger, the Declaration of Robert Morris, all pleadings on file in this matter,
6  and such other oral and documentary evidence that may be permitted at any
7  hearing.

Dated: May 7, 2021

Respectfully Submitted,

NIDDRIE | ADDAMS | FULLER | SINGH LLP

By:   */s/ Rupa G. Singh*
      Rupa G. Singh

Attorneys for RESPONDENTS